DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| | | | |
|---|---|---|---|
| 449P11-10 | State v. Charles Everette Hinton | 1. Def's *Pro Se* Motion for Notice of Objection<br><br>2. Def's *Pro Se* Motion for Relief from Order of the Court | 1. Dismissed<br><br>2. Dismissed |
| 455A05-3 | State v. Abdul Fransisco Hernandez | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Cumberland County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 472PA13 | In the Matter of: N.J. | 1. Juvenile-Appellee's Motion to Dismiss State's Appeal (Mootness)<br><br>2. State's Motion to Reconsider<br><br>3. State's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA (COA13-53)<br><br>4. Juvenile-Appellee's Motion to Dissolve Stay of the Execution of Judgment of the COA (COA13-13-53)<br><br>5. Juvenile-Appellee's Amended Motion to Dissolve Stay of the Execution of Judgment of the COA | Allowed 09/09/2014<br><br>2. Denied<br><br>3. Denied<br><br>4. ---<br><br>5. Dismissed as Moot<br><br>**Hunter, J., recused** |